UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KATHERINE F. JESSEE, as the )
Personal Representative of the ESTATE OF )
MICHAEL CALVERT, JR., Deceased, )
         )
         Plaintiff, ) CASE NO.: 1:14-cv-0064-SEB-MJD
         )
v. )
         )
THE CITY OF INDIANAPOLIS, et. al. )
         Defendants.

## City/County Defendants' Preliminary Exhibit List

Comes now Defendants, Marion County Sheriff's Office; Paul Ciesielski, individually and in his official capacity as the Chief of the Indianapolis Metropolitan Police Department; IMPD Sgt. Mark Ford, in his individual capacity; IMPD Officer Jeffrey Terry, in his individual capacity; IMDP Officer Matthew Coffing, in his individual capacity; IMPD Officer Brent McDonald, in his individual capacity; IMPD OFFICER Jose Navarro, in his individual capacity; IMPD Officer Douglas Lepsky, in his individual capacity; IMPD Officer Benjamin Owens, in his individual capacity; Marion County Sheriff John R. Layton, individually and in his official capacity as Sheriff of Marion County; MCSO Lt. Col. Gary Tingle, individually and in his official capacity as Commander of MCSO Jail Division; MCSO Maj. Melissa Hiner, individually and in her official capacity as Commander of MCSO-Arrestee Processing Center; MCSO Lt. Robert Frederick, individually and in his official capacity as Commander of MCSO-Arrestee Processing Center; MCSO Lt. Zina Scaggs, individually and in her official capacity as Commander of MCSO-Arrestee Processing Center; MCSO Sgt. James Martin, in his individual

capacity; MCSO Sgt. David Han, in his individual capacity; MCSO Dep. Casey Godby, in his individual capacity; MCSO Dep. James Legrand in his individual capacity; MCSO Dep. Daniel Norris, in his individual capacity; MCSO Dep. Clinton Bennett, in his individual capacity; MCSO Dep. Justin Buchanan, in his individual capacity; MCSO Dep. Brian Hogue, in his individual capacity; MCSO Dep. William Schmidt, in his individual capacity; MCSO Det. James Pruitt, in his individual capacity; MCSO Lt. William Weaver, in his individual capacity; MCSO Dep. Tonia Dixon, in her individual capacity; MCSO DEP. Daniel Morlan, in his individual capacity; MCSO Dep. Mark Mennonno, in his individual capacity; MCSO Sgt. Darrell Williams, Jr., in his individual capacity; MCSO Dep. Devon Clark, in his individual capacity; MCSO Dep. Michael Glasson, in his individual capacity; MCSO Dep. Nicholas Wright, in his individual capacity; MCSO Cpl. Charles Tate, in his individual capacity; MCSO Dep. Joshua Watkins, in his individual capacity; and MCSO Dep. Erich Gephart, in his individual capacity, (collectively, "Defendants") by and through their counsel, and pursuant to this Court's Case Management Plan, provide their Preliminary Exhibit List as follows:

### Exhibits

1. Plaintiff's responses to Defendants' Interrogatories and Requests for Production and any subsequent answers provided or records produced as a supplement to said discovery responses.

2. All Responses to Interrogatories and Requests for Production and any subsequent answers provided or records produced as a supplement to said discovery responses.

3. Plaintiff's medical records and itemized billing statements.

4. Plaintiff's past medical records.

5. All incident reports prepared in this matter.

6. Defendants' Personnel files.

7. Photographs and/or diagrams of the accident scene.

8.      Any deposition taken in the matter.

9.      Toxicology Report.

10.      Autopsy/Coroner's Report

11.      All documents identified by any other co-defendant or Plaintiff.

12.      Defendants reserve the right to supplement as additional documents become available.


                                    Respectfully Submitted,


                                    /s/ R. Eric Sanders
                                    R. Eric Sanders, (30420-89)
                                    Assistant Corporation Counsel
                                    Office of Corporation Counsel
                                    200 East Washington Street, Room 1601
                                    Indianapolis, Indiana   46204
                                    Telephone: (317) 327-4055
                                    Fax:  (317) 327-3968
                                    E-Mail: Eric.Sanders@indy.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been duly served upon all counsel listed

below, by electronic mail, this 30th day of May, 2014.

        Vaughn A. Wamsley
        Stephen W. Thompson
        Kirk R. Kitzinger
        851 South Rangeline Road
        Carmel, IN  46032

        Mary M. Ruth Feldhake
        Bose McKinney & Evans, LLP
        111 Monument Circle, Suite 2700
        Indianapolis, IN  46204

        Kirk R. Kitzinger
        9465 Counselors Row
        Suite 200
        Indianapolis, IN  46240

        Kevin Farrell
        Cline Farrell Christie & Lee, P.C.
        951 North Delaware Street
        Indianapolis, IN  46202

                            ___/s/ R. Eric Sanders_____
                            R. Eric Sanders, (30420-89)
                            Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968